Nos. 365 and 367. UNITED RAILWAYS COMPANY OF
ST. LOUIS, PLAINTIFF IN ERROR, *v.* THE CITY OF ST.
LOUIS. In error to the Supreme Court of the State of
Missouri. Argued April 4 and 5, 1916. Decided April 10,
1916. *Per Curiam.* Dismissed for want of jurisdiction
upon the authority of: (1) *Eustis* v. *Bolles,* 150 U. S. 361;
*Leathe* v. *Thomas,* 207 U. S. 93; *Holden Land Co.* v. *Inter-
State Trading Co.,* 233 U. S. 536, 541; *Mellon Co.* v. *Mc-*

*Cafferty,* 239 U. S. 134; (2) *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S. 596, 600; *Parker* v. *McLain,* 237 U. S. 469, 471; *Stewart* v. *Kansas City,* 239 U. S. 14; (3) *Lindsley* v. *Natural Carbonic Gas Co.,* 220 U. S. 61, 78; *Chicago Dock Co.* v. *Fraley,* 228 U. S. 680; *Denver* v. *New York Trust Co.,* 229 U. S. 123, 143; *St. Louis &c. Ry. Co.* v. *Arkansas ex rel. Norwood,* 235 U. S. 350, 366.

No. 366. ST. LOUIS & SUBURBAN RAILWAY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* THE CITY OF ST. LOUIS;

No. 368. UNITED RAILWAYS COMPANY OF ST. LOUIS, PLAINTIFFS IN ERROR, *v.* THE CITY OF ST. LOUIS;

No. 369. UNITED RAILWAYS COMPANY OF ST. LOUIS, PLAINTIFF IN ERROR, *v.* THE CITY OF ST. LOUIS;

No. 370. UNITED RAILWAYS COMPANY OF ST. LOUIS. PLAINTIFF IN ERROR, *v.* THE CITY OF ST. LOUIS;

No. 371. UNITED RAILWAYS COMPANY OF ST. LOUIS, PLAINTIFF IN ERROR, *v.* THE CITY OF ST. LOUIS, and

No. 372. ST. LOUIS TRANSIT COMPANY, PLAINTIFF IN ERROR, *v.* THE CITY OF ST. LOUIS. In error to the Supreme Court of the State of Missouri. Dismissed for the want of jurisdiction. *Mr. Henry S. Priest* for the plaintiffs in error. *Mr. Truman P. Young* and *Mr. Charles H. Daues* for the defendant in error.